583 A.2d 427

**John LOTZ, Petitioner,**

**v.**

**COMMONWEALTH of Pennsylvania, BOARD OF PROBATION AND PAROLE, Respondent.**

Supreme Court of Pennsylvania.

Nov. 30, 1990.

## ORDER

PER CURIAM:

AND NOW, to-wit, this 30th day of November, 1990, the Petition for Allowance of Appeal is granted. The order of the Commonwealth Court, 120 Pa.Cmwlth. 538, 548 A.2d 1295, is affirmed. *Pernell Smith v. Commonwealth, Pennsylvania Board of Probation and Parole*, 524 Pa. 500, 574 A.2d 558 (1990).